UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD TOBIN,

    Plaintiff,

v.

UNITED STATES DEP'T OF THE TREASURY, et al.,

    Defendants.

Case No. C19-411 RSM

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Plaintiff Leonard Tobin, proceeding *pro se*, filed his Complaint on March 19, 2019, against Defendants the United States Department of the Treasury and the Internal Revenue Service. Dkt. #1. On August 16, 2019, the Court issued an Order striking Plaintiff's motion for default judgment and granting an extension of time for Plaintiff to serve Defendants. Dkt. #7. The Court stated as follows:

> [B]ased on the record, Plaintiff has failed to properly serve Defendant. Plaintiff is advised to review the requirements in Federal Rule of Civil Procedure 4(i) for service on the United States. Under Rule 4(m), service is required within 90 days after the Complaint was filed in this case. Because that deadline has expired, the Court will extend this deadline to 30 days from the date of this Minute Order. There will be no further extensions.

Dkt. #7. Since that time, neither defendant has appeared.

ORDER TO SHOW CAUSE - 1

Federal Rule of Civil Procedure 4(m) states in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

The Court believes that one or more of the Defendants have still not been properly served under Rule 4. Service by mail to a single address for each Defendant is likely inadequate under that rule. Failure to timely serve is a valid basis for dismissal of this case without prejudice.

The Court needs to hear from Mr. Tobin on this issue. In Response to this Order, Plaintiff must write a short statement telling the Court how service was accomplished and why service in this case is or is not proper. This Response may not exceed **six (6) pages**.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above no later than **fourteen (14) days** from the date of this Order. Plaintiff's failure to file this Response will result in dismissal of this case.

DATED this 20th day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE